**No. 45421.**—Protest 36028–K of Philip A. Hunt Co. (New York).

Opinion by CLINE, J. No evidence was offered in support of the claims made. The protest was therefore overruled.

FEBRUARY 13, 1941

**No. 45422.**—Suit 4338.— ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ —*United States* v. *M. V. Jenkins.* Abstract 44656. Appeal dismissed February 6, 1941; not yet reported.